UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE EX PARTE APPLICATION OF UNION DES ASSOCIATIONS EUROPÉENNES DE FOOTBALL ("UEFA") FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING.

26-MC-436 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Petitioner Union des Associations Européennes de Football is hereby ORDERED to file a response to FIFA (AMERICAS) INC.'s motion to intervene, Dkt. 9, on or before **September 10, 2026**.

SO ORDERED.

Dated: September 3, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge