KKL

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

September 3, 2026

By ECF

The Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** ***In re Ex Parte Application of Union des Associations Européennes de Football ("UEFA") for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding*, Case No. 1:26-mc-436**

Dear Judge Subramanian:

We represent Applicant Union des Associations Européennes de Football ("UEFA") in the above-referenced proceeding. We write to bring to Your Honor's attention this matter's relatedness to an earlier-filed application currently pending before Judge Vargas, also commenced by UEFA.[1] In both matters, UEFA, the governing body of European football, is seeking discovery pursuant to 28 U.S.C. § 1782 in connection with a contemplated Swiss criminal proceeding against the President of Fédération Internationale de Football Association ("FIFA"), Gianni Infantino. As discussed in the Related Case Statement that UEFA filed in this case (ECF No. 4), both applications—which were filed one day apart—seek discovery related to FIFA Forward Enterprise ("FFE"), a planned subsidiary of FIFA, which was intended to hold the commercial rights to the men's and women's FIFA World Cups and the Club World Cup. In the case before Judge Vargas (Case No. 1:26-mc-431), UEFA seeks discovery from Thrive Capital Management, LLC, an investor in FFE, and its principal, Joshua Kushner (the "Thrive Application"). In this case, UEFA seeks discovery from J.P. Morgan Securities LLC and JPMorgan Chase Bank, N.A. (together, "JPMorgan"), which advised FIFA on FFE, as well as two JPMorgan executives (the "JPMorgan Application" or "JPMorgan App.") (ECF No. 1).

Both actions seek discovery regarding the development of FFE and the facts and circumstances surrounding that endeavor. The two applications concern largely the same parties, property, transactions, and events, and there is substantial factual overlap between the actions. In fact, because the two applications are so interrelated, the JPMorgan Application incorporates much of the Thrive Application by reference. *See* JPMorgan App. at 1 n.1. Given the overlap between the applications, UEFA respectfully submits that treating them as related will ensure

[1] Prior to submitting this letter, counsel for UEFA spoke with the Clerk's Office by telephone regarding the issue of relatedness. The Clerk's Office recommended that counsel contact Your Honor directly, as the Clerk's Office does not alert judges to contentions of relatedness in miscellaneous cases.

that they are addressed efficiently and consistently, avoiding undue burden on the Court and the parties, the duplication of effort and expense, unnecessary delay, and conflicting orders.

We thank the Court for its attention.

Respectfully submitted,
KKL LLP

By: ______________________
Edward Y. Kim
Rebecca S. Tinio
Jonathan F. Bolz

cc: All counsel of record (by ECF)