UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EX PARTE APPLICATION OF UNION DES ASSOCIATIONS EUROPEENNES DE FOOTBALL<br><br>FOR AN ORDER SEEKING DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | 26-MC-00436 (JAV)<br><br>ORDER |

All parties are hereby notified that the undersigned served as an Assistant United States Attorney in the U.S. Attorney's Office for the Southern District of New York from October 2002 through November 2024. Rebecca Tinio, who now serves as counsel for Union des Associations Européennes de Football ("UEFA"), was a colleague. In addition to being former colleagues, the undersigned also maintains a social friendship with Ms. Tinio, which includes dinners, social gatherings, and shared vacations.

The undersigned has no particular or confidential knowledge about this pending matter. I have never discussed this matter with Ms. Tinio, nor will I discuss this matter with Ms. Tinio. I thus see no basis for recusal at this time.

However, if any party wishes to move for recusal, or has additional information that may bear on recusal, they should file an appropriate letter on ECF no later than **October 2, 2026**.

SO ORDERED.

Dated: September 21, 2026
New York, New York

Jeannette Vargas

JEANNETTE A. VARGAS
United States District Judge