UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE EX PARTE APPLICATION OF UNION DES ASSOCIATIONS EUROPEENNES DE FOOTBALL FOR AN ORDER SEEKING DISCOVERY PURSUANT TO 28 U.S.C. § 1782 | : | 26-MC-00436 (JAV)<br><br>ORDER |

JEANNETTE A. VARGAS, United States District Judge:

It is HEREBY ORDERED that, Respondents J.P. Morgan Securities LLC; JPMorgan Chase Bank, N.A.; Mary Callahan Erdoes and Eric Menell ("the JPMorgan parties") file their opposition to Applicant Union Des Associations Europeennes de Football (UEFA)'s Application (ECF No.1) by October 15, 2026.

It is FURTHER ORDERED that UEFA file its reply in further support of its Application by October 29, 2026.

SO ORDERED.

Dated: September 22, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge